UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PATRICIA KENNEDY, individually

    Plaintiff,

v.                                                  Case No:  2:16-cv-277-FtM-38CM

MUSCA PROPERTIES, LLC and
BONITA SPRINGS ABG, LLC,

    Defendants.
_____/

### **ORDER**[1]

    This matter comes before the Court on Plaintiff Patricia Kennedy and Defendant Musca Properties, LLC's Stipulation for Approval and Entry of Consent Decree and Dismissal of Case with Prejudice as to Defendant Musca Properties Only (Doc. #26) filed on June 28, 2016.  Plaintiff and Defendant Musca have reached an agreement to resolve this case as against Defendant Musca by way of a Consent Decree to improve access to persons with disabilities, stipulated to the Court retaining jurisdiction to enforce the terms of the Consent Decree, and to dismiss this case against Defendant Musca.

    The Consent Decree provides a deadline of October 31, 2016, for the final property re-inspection by Plaintiff after modifications listed in the Consent Decree have been completed.  The Court will approve the Consent Decree and dismiss this case as against Defendant Musca.

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Accordingly, it is now

**ORDERED:**

(1) Plaintiff Patricia Kennedy and Defendant Musca Properties, LLC's Stipulation for Approval and Entry of Consent Decree and Dismissal of Case with Prejudice as to Defendant Musca Properties, LLC *Only* (Doc. #26) is **GRANTED**.

(2) The Consent Decree is **APPROVED**, and the Court will retain jurisdiction over its enforcement **through and including November 1, 2016**.

(3) The Clerk of Court shall enter judgment dismissing this case against Defendant Musca Properties, LLC with prejudice and subject to the terms of the Consent Decree, which shall be attached to the judgment (with exhibits).

**DONE** and **ORDERED** in Fort Myers, Florida this 20th day of July, 2016.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record