UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PATRICIA KENNEDY, individually

    Plaintiff,

v.                                                     Case No: 2:16-cv-277-FtM-38CM

BONITA SPRINGS ABG, LLC,

    Defendant.
                                            /

**ORDER**[1]

This matter comes before the Court on Plaintiff Patricia Kennedy and Defendant Bonita Springs ABG, LLC's Stipulation for Approval of Settlement Agreement, Dismissal of Case with Prejudice, and Request to Retain Jurisdiction (Doc. #42) filed on November 2, 2016. The parties request that this Court approve their Settlement Agreement (Doc. #42-1), as well as retain jurisdiction to enforce the Settlement Agreement and determine the amount of attorney's fees, costs, expert fees, and litigation expenses to which Plaintiff is entitled. The parties also state that the effectiveness of their stipulated dismissal is contingent upon the Court retaining jurisdiction as so requested.

The parties are free to enter into any settlement agreement to resolve the above-captioned case. This Court, however, will not enter an order dismissing this case with prejudice that incorporates the terms of the settlement agreement or expressly retains

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

jurisdiction to enforce a settlement agreement.  In addition, any settlement agreement should resolve any issue of attorney's fees, costs, expert fees, and litigation expenses.

Accordingly, it is now

**ORDERED:**

(1) Plaintiff Patricia Kennedy and Defendant Bonita Springs ABG, LLC's Stipulation for Approval of Settlement Agreement, Dismissal of Case with Prejudice, and Request to Retain Jurisdiction (Doc. #42) is **DENIED**.

(2) The parties shall jointly advise the Court, in writing, on or before **December 5, 2016**, as to how they wish to proceed with this case.

**DONE** and **ORDERED** in Fort Myers, Florida this 21st day of November, 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record

2